O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAIN BRAZIL, | ) | Case No. CV 10-2814-ODW(OP) |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| CORRECTIONS OFFICER GOMEZ, et al., | ) ) ) | |
| Defendants. | ) | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that: (1) approving and adopting this Report and Recommendation; (2) denying Defendant Pulling's and Gomez's Motion to Dismiss for failure to exhaust administrative remedies without prejudice; (3) denying Defendants' Motion to Dismiss Plaintiff's Eighth Amendment claim pursuant to Rule 12(b)(6); (4) granting Defendants' Motion to Dismiss the official capacity claims for damages against Defendants Pulling and Gomez with prejudice; and (5) ordering Defendants Pulling and Gomez to file an Answer to the Complaint within thirty days of the entry of the order adopting this Report and Recommendation.

DATED: January 13, 2012

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2